# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

**FILED**
JUN 05 2023
At_____
Chanda J. Berta, Acting Clerk M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Michael Ruffin El (805 ILCS 110/46a)

[You are the PLAINTIFF, print your full name on this line.]

v.

Lake County, Bruce Parent et al

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 2:2023cv00160

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Bruce Parent | 2293 N. Main Street, Crown Point, IN 46307 |
| 2 | Lake County | 2293 N. Main Street, Crown Point, IN 46307 |
| 3 | McColly Real Estate | McColly Real Estate Portage Willowcreek; 3235 Willowcreek Rd. Portage, IN 46368 ... Cell: 219-689-7800; Office: 219-762-8578; timpetrites@mccolly.com ... |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__

2. What is your address? 8310 Lakewood Avenue, Gary, Indiana

3. What is your telephone number: (219) 938-6625

4. Have you ever sued anyone for these exact same claims?
   - ☑ No.
   - ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. _____

A Partition in Kind is generally a no-fault proceeding and is a absolute right absent of waiver.

The affiant's ownership is appertaining to Tenancy in Common with the United States

executed on December 6th, 1816 in conformity with Section 6 (Third) - Indiana Enabling Act

of 1816. Wherein Partition in Kind Action is for 700-860 North Lake Street, Lake County, 46403

- Lake County Recorder Document 2017 000491 ! Injunctive Relief for breach of Contract pertaining to 760-860 North Lake Street

2 Wherein William Ruffin represented Virginia in the Confederation Congress north-west of the

of the Ohio River prior to US Settlement (i.e. Virginia Inclusive) Virgin.a Code 1-303(A)(3) - Interstate Compact with Congress consent

3. Wherein United States has exclusive original jurisdiction of civil actions under 28 USC 2409a

to quiet title to an estate or interest in real property in which an interest is claimed

by the United States. Whereas Lake County, Bruce Parent et al acted without subject matter

for registration of foreign judgment an alternative action to bring an action to enforce a foreign

judgment by other means.is not impaired - IC § 34-54-11-5


4. A buyer in ordinary course of business (Affiant) takes collateral free of any security interests

 created by the seller (i.e. United States) pertaining to Section 6 (Third) Indiana Enabling Act.

*Collateral pertaining to Indiana Public Roads and Canals (Tenancy in Common Commercial)

Reference to Land Patent issued to William Ruffin & Heirs certified District of Northern Indiana

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

3 PAGE AFFIDAVIT ATTACHED (INCLUDING PURCHASE MONEY SECURITY INTEREST IN

DOCUMENT(S) OF TITLE CERTIFIED BY DISTRICT OF COURT OF NORTHERN INDIANA

and REGISTERED IN DISTRICT OF NORTHERN INDIANA 2:23-MC-00031 HON - John E Martin.

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

- ☑ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Specific Performance: Partition in Kind of Estate in Common at 700 - 860, North Lake Street

Lake County, IN 46403 an Equitable Remedy for Breach of Contract by Lake County Brucr Parent

et al pursuant to a US Land Sale executed on Decemeber 6th, 1816 in conformity with

Section 6 (Third) - Indiana Enabling Act of 1816 - Injunctive Relief for Breach of Contract

and acting without subject matter to quiet title to an Estate in Common with United States

**FILING FEE** – Are you paying the filing fee?

- ☑ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

___✓___ I will keep a copy of this complaint for my records.
___✓___ I will promptly notify the court of any change of address.
___✓___ I declare **under penalty of perjury** that the statements in this complaint are true.

_Michael Ruffin II c/o: Ruffin Jr._     _6-5-2023_
Signature                                Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## Specific Performance: Estate in Common Contract with United States
## Virginia Code &1-303 - US Article 6 Section 1

### 2:2023-CV-00160 (Hon. Joshua P. Kolar - District of Northern Indiana Hammond)

I, **Michael Ruffin Jr. of the Michael Ruffin El Estate,** affirm under the Penalty of Perjury that the foregoing is true on May 30th, 2023 a "**Document of Title**" pertaining to Indiana Enabling Act of 1816 issued to William Ruffin and Heirs (Affiant) and certified on May 15th, 2023 by the US District Deputy Clerk at Northern Indiana was destroyed by Bruce Parent of Lake County - **18 USC 1361** an Estate Contract with United States pursuant to US Article 6 Section 1. Whereas William Ruffin represented the Confederation Congress (1794 - 1796) when Great Britain ceded its claims to the Post(s) of Michilimackinac and Detroit (1 Stat. 638) in year 1796 at Detroit to the United States - **Art.1 Treaty of Paris (1783) - Virginia Inclusive as follows:**

### Interstate Compact with William Ruffin of Virginia & Heirs by Virginia Code §1-303(A)(3):

An act of the General Assembly passed on December 30, 1788, whereby, after referring to an ordinance for the government of the territory, passed by the United States Congress on July 13, 1787, and reciting a particular article declared in the ordinance to be part of the compact between the original states and the people and states in the territory, the article of compact was ratified and confirmed.

**Specific Performance:** Partition in Kind of Estate in Common **at 700 - 860, North Lake Street, Lake County, IN 46403** an Equitable Remedy for Breach of Contract by Lake County and Division Room 7 - Superior Court pursuant to the Following Act of U.S. Congress.

### DESTRUCTION OF US GOVERNMENT CONTRACT - 18 US CODE 1361

**Section 6 (Third) Indiana Enabling Act of 1816:** That five per cent of the net proceeds of the lands lying within the said territory, and which shall be **sold by Congress from and after the first day of December next,** after deducting all expenses incident to the same, shall be reserved for making public roads and canals, of which three-fifths shall be applied to those objects within the said state, under the direction of the legislature thereof, and two-fifths to the making of a **road or roads leading to the said state under the direction of Congress.**

> **NOTE:** William Ruffin and Heirs executed aforesaid act on **December 6th, 1816** at **District of Michilimackinac, Northwest Territory (1 Stat. 638)** prior to Statehood part and parcel to the District of Northern Indiana an Estate Contract with the United States in which the United States conveyed a Legal estate to William Ruffin and Heirs (Affiant) appertaining to Indiana Public Roads and Canals as Tenancy in Common Commercial.

**Michael Ruffin Jr. of the Michael Ruffin El Estate** on 6.04.2023 (Heir of William Ruffin)

**Bureau of Land Management:** Issued in the Indiana Gore District (Franklin County) on December 6th, 1816 appertaining to Sec. 6 (Third) Indiana Enabling Act of 1816 for building of Public Roads and Canals

366.

**JAMES MADISON,** President of the United States of America,
TO ALL TO WHOM THESE PRESENTS SHALL COME, Greeting:

**KNOW YE,** That *William Barr and William Ruffin*

having deposited in the General Land-Office a Certificate of the Register of the Land-Office at *Cincinnati*, whereby it appears that full payment has been made for

*the southeast quarter of section Seventeen of township Nine in range Two west of the Meridian line*

of the lands directed to be sold at *Cincinnati* by the act of Congress, entitled "An act providing for the sale of the lands of the United States in the territory north-west of the Ohio, and above the mouth of Kentucky river," and of the acts supplementary of the same: **There is granted,** by the United States, unto the said *William Barr & William Ruffin* the quarter lot or section of land above described: **To have and to hold** the said quarter lot or section of land, with the appurtenances, unto the said *William Barr and William Ruffin their* heirs and assigns forever, *as tenants in common and not as joint-tenants.*

**In Testimony Whereof,** I have caused these letters to be made **Patent,** and the seal of the General Land-Office to be hereunto affixed.

**Given** under my hand at the City of Washington, the *sixth* day of *December* in the year of our Lord one thousand eight hundred and *sixteen* and of the Independence of the United States of America, the *fortieth forty first*

BY THE PRESIDENT. *James Madison.*

*Josiah Meigs,* Commissioner of the General Land-Office.

CERTIFIED
TRUE COPY
CHANDA J. BERTA, ACTING CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
DEPUTY CLERK

Michael Ruffin Jr. of Michael Ruffin El Estate (5/15/2023)

I, Michael Ruffin Jr. of the Michael Ruffin El Estate being Heir of William Ruffin declare as follows, Whereas William Ruffin represented Brunswick -Virginia (1794 - 1796) when Great Britain ceded all her claim in the District of Detroit (**Present Day – District of Eastern Michigan at Detroit**) and District of Michilimackinac (**District of Northern Illinois at Chicago & District of Northern Indiana - Hammond**). The aforesaid is Interstate Compact - **Virginia Code 1-303(A)(3)** between the People and States northwest of the Ohio and the Original 13 States (**Confederation Congress – US Article 6 Section 1**) certified and registered respectively by affiant in the District of Northern Indiana – Hammond part and parcel of the District of Michilimackinac wherein United States et al has assets found in City of Gary, Lake County, Indiana at **700-860 North Lake Street** and **345 Salmon Drive, Ports of Indiana-Burns Harbor** (Porter County) Partitioned in Kind by the Affiant as Tenancy in Common with the United States 28 USC 2409. The US District Courts have exclusive original jurisdiction - **Title 28 US Code 1346(f)**

Virginia Code 1-303(A)(3) – Tenancy in Common with United States by Commercial Law (28 USC 2409)

The "**District of Michilimackinac**" and the "**District of Detroit**" established by an Act of Congress on March 2nd, 1799 as follows is a Tenancy in Common Commercial with the United States (**1 Stat. 638** – US Property Clause) including a 10 Mile Strip not limited to Lake County, Indiana (North Lake Street, Gary, Indiana – Miller Beach) and the Ports of Indiana – Burns Harbor (Porter County) described as follows:

DESCRIPTION: 1 Stat. 638 (i.e. District of Michilimackinac) - by act of March 2nd, 1799

All the waters, shores, inlets to the westward and northward of Lake Michigan (i.e. *City of Gary*) and Lake Superior and the rivers, waters, shores and lakes connected therewith lying within the jurisdiction of the United States, unto the northern and north-western boundaries thereof.

DESCRIPTION: 1 Stat. 638 (i.e. District of Detroit) – by act of March 2nd, 1799

All the waters, shores, inlets of Lake Erie, St. Clair and Huron and the rivers, waters, shores and lakes connected therewith lying within the jurisdiction of the United States, to the westward of the river Miami aforesaid, unto the island of Michilimackinac. (**Certified at District of Eastern Michigan**)

Northwest Ordinance of 1787 – US Article 6th Section 1 (Prior Debts and Engagements)

**Section 2 Ordinance of 1787**:  French Canadian Inhabitants north-west of the River Ohio professing themselves citizens of Virginia (Virginia **Code 1-303(A)(3)**. The legislatures of those Districts and the new states which includes Indiana, Illinois & Michigan etc. to be formed north-west of the River Ohio were not authorized to interfere with the primary disposal of the soil as follows:

**Article 4th Ordinance of 1787**: The legislatures of those districts or new States, shall never interfere with the primary disposal of the soil by the United States in Congress assembled*, nor with any regulations Congress may find necessary for securing the title in such soil to the *bona fide* purchaser.

SEE ATTACHED LINK: William Ruffin represented Brunswick District, Virginia (1794–1796) in the Confederation Congress* (above) when Great Britain ceded her claims in the Northwest Territory. https://founders.archives.gov/documents/Washington/05-18-02-0384

Michael Ruffin Jr. of Michael Ruffin El Estate (5/15/2023)

CERTIFIED TRUE COPY
CHANDA J. BERTA, ACTING CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
DEPUTY CLERK

FILED
MAY 15 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA