UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MICHAEL RUFFIN EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:23CV160-PPS/JEM |
| ) | |
| BRUCE PARENT, LAKE COUNTY, and ) | |
| McCOLLY REAL ESTATE, ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

Plaintiff Michael Ruffin El's filing of October 30, 2023 docketed as "Judicial Notice - Rule 60(b)(3): Rooker-Feldman Doctrine" [DE 50], to the extent it may be CONSTRUED as a motion for relief from judgment under Fed.R.Civ.P. 60(b)(3), is DENIED.

**SO ORDERED**.

ENTERED: December 6, 2023.

　　　　　　　　　　　　　　　　/s/ Philip P. Simon
　　　　　　　　　　　　　　　　PHILIP P. SIMON, JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT